IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARUMA ZIRAKASHVILI, | : | |
| Petitioner, | : | |
| | : | |
| | : | |
| v. | : | CIVIL NO. 26-0629 |
| | : | |
| JAMAL L. JAMISON et al., | : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this **11th** day of **February 2026,** upon consideration of Karuma Zirakashvili's Petition for a Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the Petition is **GRANTED**. It is **FURTHER ORDERED** as follows:

1. The Government shall release Mr. Zirakashvili from custody immediately and file a certificate of compliance on the docket no later than 5:00 p.m. on February 11, 2026.

2. The Government is enjoined from detaining Mr. Karuma Zirakashvili under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

_____

HONORABLE KAI N. SCOTT
United States District Court Judge